Compiler

FILED
SUPERIOR COURT
OF GUAM

2013 DEC 13 AM 9: 17

CLERK OF COURT

B:

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| KENNETH LAMAR MITCHELL,<br><br>                              Plaintiff,<br><br>v.<br><br>CORINIA MARIE DELA FUENTES<br>MITCHELL,<br><br>                              Defendant. | DOMESTIC CASE NO. DM 0381-12<br><br>**DECISION AND ORDER** |

This matter came before the Honorable Arthur R. Barcinas on the Plaintiff's Motion for Service by Publication. Attorney John Terlaje represented the Plaintiff. The Defendant has not been served and has not appeared. It appears to the Court that no memorandum of points and authorities was filed with the Plaintiff's motion. On review of the materials on file, the Court finds no grounds on which the motion could be granted. The Plaintiff's motion is therefore **DENIED** without prejudice and with leave to refile. The Plaintiff is reminded of the Court's guidance on service by publication in its Decision and Order of August 23, 2012.

**IT IS SO ORDERED:** _____DEC 1 3 2013_____.

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam

DEC 1 3 2013

Benny O Cruz
Deputy Clerk Superior Court of Guam

_____
**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**